UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL KEHRER, individually, on Behalf of the Giant Eagle, Inc. Employee Savings Plan, and on behalf of all others Similarly situated, | : : : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 2:24-cv-01211 : |
| GIANT EAGLE, INC., INVESTMENT and ADMINISTRATIVE COMMITTEE of the Giant Eagle, Inc. Employee Savings Plan, JOHN DOES 1-30 in their capacities as members of the Investment or Administrative Committees, | : : : : : : : |
| Defendants. | : : |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND CASE CONTRIBUTION AWARD**

Plaintiff Cheryl Kehrer ("Plaintiff"), on behalf of the Giant Eagle, Inc. Employee Savings Plan (the "Plan"), hereby respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

1. Granting Class Counsel attorneys' fees in the amount of $222,916.00, which represents approximately 33 1/3% of the settlement amount;

2. Directing reimbursement of expenses incurred in the prosecution of the Action to Class Counsel in the amount of $14,250.19;

3. Awarding a Case Contribution Award of $5,000.00 to Plaintiff Cheryl Kehrer; and

4. For such other relief as the Court may deem just and proper.

1

A proposed form of Order is submitted hereto. The grounds for this Motion are set forth in the following documents filed contemporaneously herewith:

    A.    Memorandum of Law in Support of Plaintiff's Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Contribution Award to Plaintiff.

    B.    Declaration of Edwin J. Kilpela, Jr. in Support of Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Contribution Award to Plaintiff.

    C.    Declaration of Peter A. Muhic in Support of Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Contribution Award to Plaintiff (Attached as Exhibit A To Declaration of Edwin J. Kilpela, Jr.).

Attached hereto is a Proposed Order.

Dated: September 19, 2025        Respectfully submitted,

/s/ *Edwin J. Kilpela, Jr.*
Edwin J. Kilpela, Jr.
Paige T. Noah
WADE KILPELA SLADE LLP
6425 Living Place, Suite 200
Pittsburgh, PA  15206
Telephone: (412) 314-0515
ek@waykayslay.com
pnoah@waykayslay.com

Peter A. Muhic
**MUHIC LAW LLC**
923 Haddonfield Road, Ste. 300
Cherry Hill, NJ  08002
Tel: (856) 242-1802
peter@muhiclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2025, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By: /s/ *Edwin J. Kilpela, Jr.*

Edwin J. Kilpela, Jr.