UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL KEHRER, individually, on Behalf of the Giant Eagle, Inc. Employee Savings Plan, and on behalf of all others Similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIANT EAGLE, INC., INVESTMENT and ADMINISTRATIVE COMMITTEE of the Giant Eagle, Inc. Employee Savings Plan, JOHN DOES 1-30 in their capacities as members of the Investment or Administrative Committees,<br><br>Defendants. | Civil Action No. 2:24-cv-01211 |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs, Cheryl Kehrer, individually and on behalf of the participants in the Giant Eagle, Inc. Employee Savings Plan, respectfully moves this Court, pursuant to Fed. R. Civ. P. 23, for an Order:

1. Granting final approval to the class action settlement in this action on the terms of the Class Action Settlement Agreement ("Settlement Agreement"), fully executed on May 21, 2025, and previously filed with the Court on May 29, 2025 as Exhibit 1 to the Declaration of Edwin J. Kilpela, Jr .(ECF No.27-1 );

2. Finding that the manner in which the Settlement Class was notified of the Settlement was the best practicable manner under the circumstances and adequately informed the Settlement Class members of the terms of the Settlement, how to lodge an objection and obtain

additional information; and

3. For such other and further relief as the Court may deem just and proper.

The grounds for this Motion are set forth in the following papers filed contemporaneously herewith:

    A. Memorandum of Law in support of Plaintiffs' Unopposed Motion for Final Approval of Class Action; and

    B. Declarations of Class Counsel and the Settlement/Notice Administrator.

Attached hereto is the proposed Final Approval Order and Judgment in the form agreed to by the Parties.

Dated: November 13, 2025        Respectfully submitted,

/s/ *Edwin J. Kilpela, Jr.*
Edwin J. Kilpela, Jr.
Paige T. Noah
**WADE KILPELA SLADE LLP**
6425 Living Place, Suite 200
Pittsburgh, PA 15206
Telephone: (412) 314-0515
ek@waykayslay.com
pnoah@waykayslay.com

**MUHIC LAW LLC**
Peter A. Muhic, Esquire
923 Haddonfield Road, Ste. 300
Cherry Hill, NJ 08002
Telephone: (856) 242-1802
Email: peter@muhiclaw.com

*Counsel for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 13, 2025, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

                                            By:   */s/ Edwin J. Kilpela, Jr.*
                                                          Edwin J. Kilpela, Jr., Esq.