IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL KHERER, *individually,* ) <br> *on behalf of the Giant Eagle, Inc.* ) <br> *Employee Savings Plan, and others* ) <br> *similarly situated*, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GIANT EAGLE, INC., *et al.*, ) <br> ) <br> Defendants. ) | 2:24-cv-01211-CB-PLD <br><br> Judge Cathy Bissoon <br><br> Magistrate Judge Patricia L. Dodge |

## ORDER

Class member Mary Grove has filed a written objection to the class action settlement, requesting to opt out. Ms. Grove indicates that, under a written severance agreement between herself and Defendant Giant Eagle, Inc. ("Giant Eagle"), she is prohibited from participating in this lawsuit. This is the only basis for her objection. Doc. 34.

Giant Eagle has filed a written response on the public record, representing to the Court as follows:

> **Ms. Grove will not be required to (or asked to) return any severance pay because of her status as a class member in the Settlement, nor will her Separation Agreement be affected by her status as a class member. <u>Ms. Grove will be entitled to whatever settlement proceeds are due under the Settlement plan of allocation, without regard to her Separation Agreement</u>.**

Doc. 35 (emphasis added).

Giant Eagle's promise is legally binding, and it is recognized by the Court. Ms. Grove is commended for her seriousness and diligence regarding her contractual promise. She may

2

receive and accept any settlement proceeds paid to her in connection with this case, and may do so free of concern. The Court will transmit a paper-copy of this Order to Ms. Grove, at the return-address on her envelope of submission.

    IT IS SO ORDERED.


November 19, 2025                                           s/Cathy Bissoon
                                                            Cathy Bissoon
                                                            United States District Judge

cc (via ECF email notification):

All Counsel of Record


cc (via First-Class U.S. Mail):

Mary Grove